AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**BRANDON L. HOWARD, SR.,**     **JUDGMENT IN A CIVIL CASE**

        Petitioner,

        V.     CASE NUMBER: **07-C-493**

**PAMELA WALLACE**,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Brandon L. Howard, Sr.'s petition to proceed in forma pauperis is DENIED.**

**Brandon L. Howard, Sr.'s petition pursuant to Title 28, United States Code, Section 2254, is DENIED WITHOUT PREJUDICE.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **June 5, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |